

# Missouri Court of Appeals
## Southern District

**JULY 8, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33631

      Re:    IN RE:  THE MARRIAGE OF
             GARY L. CONNER,
             Petitioner/Appellant,
             vs.
             LUCILLE J. CONNER,
             Respondent/Respondent.

2.    Case No.  SD33533

      Re:    TANYA MARIE MILLER,
             Appellant,
             vs.
             STATE OF MISSOURI,
             Respondent.